MALCOM *v.* WEBB, Solicitor-General, *et al.*

DUCKWORTH, Chief Justice. 1. A ruling on a general demurrer is reviewable at the option of the losing party by either a direct exception or by exception pendente lite. But by filing pendente lite exceptions the ruling is made a pendente lite judgment and can be reviewed only in a bill of exceptions complaining of the final judgment. *Durrence v. Waters,* 140 *Ga.* 762 (1) (79 S. E. 841); *Gilbert v. Tippens,* 183 *Ga.* 497 (188 S. E. 699); *Rabhan v. Rabhan,* 185 *Ga.* 355 (195 S. E. 193); *Story v. City of Macon,* 203 *Ga.* 105 (2) (45 S. E. 2d, 196).

2. Where, as here, the judgment on the general demurrer was excepted to pendente lite, the foregoing ruling requires a dismissal of the writ of error upon the ground that it is premature, since there is no exception to a final judgment terminating the case.

3. The assignments of error upon exceptions pendente lite to rulings on (a) the motion to strike the solicitor-general as a party, and (b) the plea of a former adjudication—if reviewable at all in an exception to a ruling on a demurrer, see *Mechanics' & Traders' Bank of Rome v. Harrison,* 68 *Ga.* 463—are for the foregoing reasons premature in this writ of error.

*Writ of error dismissed. All the Justices concur, except Atkinson, P. J., not participating.*

No. 18172. ARGUED APRIL 14, 1953—DECIDED MAY 11, 1953.

*Harris & Gower,* for plaintiff in error.

*Carl B. Copeland, Paul Webb, Paul Webb Jr., William Hall, Harold Sheats* and *Durwood T. Pye,* contra.